## RECONSIDERATION DOCKET

**95–2279.  Feichtner v. Ohio Dept. of Transp.**
Franklin App. No. 95API01–47.  Reported at 78 Ohio St.3d 1207, 676 N.E.2d 1182.  On motion for reconsideration.  Motion denied.

**95–2577.  W. Side Deutscher Frauen Verein v. Tracy.**
Board of Tax Appeals, No. 94–K–702.  Reported at 78 Ohio St.3d 124, 676 N.E.2d 895.  On motion for reconsideration.  Motion denied.
   MOYER, C.J., F.E. SWEENEY and PFEIFER, JJ., dissent.

**96–346.  State v. Baker.**
Montgomery App. No. 15051.  Reported at 78 Ohio St.3d 108, 676 N.E.2d 883.  On motion for reconsideration.  Motion denied.
   MOYER, C.J., dissents.

**96–1406 and 96–1407.  NFI Metro Ctr. II Assoc. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 95–J–80 and 95–J–79.  Reported at 78 Ohio St.3d 105, 676 N.E.2d 881.  On motion for reconsideration.  Motion denied.
   DOUGLAS, J., dissents.

**97–149.  State v. Gonzalez.**
Lorain App. No. 96CA006330.  Reported at 78 Ohio St.3d 1456, 677 N.E.2d 816.  On motion for reconsideration.  Motion denied.